UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JOSE R. CASTRO, JORGE A. MORALES, JOSE LEON, ROBERTO A. ALVARENGA, and MANUEL DE JESUS AREVALO LEON, on behalf of themselves and other similarly situated employees, | Case No. 15 cv 6561 (LMS) **STIPULATION OF DISMISSAL** |
| Plaintiffs, | |
| - against - | |
| FIRST STREET MAGIC WASH & LUBE, INC., dba FIRST STREET MAGIC WASH & LUBE, and RENU OBHAN, | |
| Defendants. | |

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for the parties, that the matter in the above-captioned action having been amicably resolved by and between plaintiff and defendants, upon negotiated terms which all parties agree are fair and reasonable, and incorporated herein by reference, that the case shall be, and hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), and without costs or attorneys' fees against any party, with the court retaining jurisdiction only in the event of a dispute arising out of the settlement.

Dated: New York, New York
Aug. July 31, 2016

Peter H. Cooper, Esq.
Cilenti & Cooper, PLLC
*Attorneys for Plaintiffs*
708 Third Avenue – 6th Floor
New York, New York 10017
(212) 209-3933

Stephen H. Penn, Esq.
Norris McLaughlin & Marcus, P.A.
*Attorneys for Defendants*
875 Third Avenue – Eighth Floor
New York, New York 10022
(917) 369-8898

So Ordered:

Lisa Margaret Smith, U.S.M.J.
9/1/16